UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60731-CIV-COHN

JONATHAN R. YOUNG,

Magistrate Judge Snow

    Plaintiff,

vs.

**SCANNED**

CAPITAL ONE BANK, HARRIS & DIAL PC,
WILLIAM H. HARRIS and KAREN O'CONNER,

    Defendants.

_____/

## FINAL JUDGMENT TAXING COSTS UPON PLAINTIFF

THIS CAUSE came on before the Court upon the court's separately entered order granting Harris & Dial, William H. Harris and Karen O'Conner's Bill of Costs.

Accordingly, it is **ORDERED AND ADJUDGED** that Judgment for costs is hereby entered in favor of the Defendants, Harris & Dial PC, William H. Harris and Karen O'Conner, against the Plaintiff, Jonathan R. Young, and the Defendant shall recover $350.00 in costs, plus interest thereon at the rate of 4.83% per annum, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 7th day of August, 2007.

                                      JAMES I. COHN
                                      United States District Court Judge

copies to:

Laura Hess, Esq.
Ernest H. Kohlmeyer, III, Esq.